(Republished)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY SMITH, Appellant.—

806

Concur
— Stevens, P. J., Eager, McGivern and Nunez, JJ.